UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,                      Civil No. 06-2117 (RHK/JSM)

vs.                                 **ORDER**

Thomas E. Patraw; Minnesota Department
of Revenue; Minnesota Department of
Economic Security; Condor Fireplace &
Stone Co.; and Wells Fargo Home Mortgage,

        Defendants.

---

      Pursuant to the parties' Stipulation for Dismissal of Wells Fargo Mortgage Company, **IT IS ORDERED** that the Complaint against Wells Fargo Home Mortgage is **DISMISSED WITH PREJUDICE**, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: June 26, 2006

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge